*Goppert, Roy St. Lewis,* and *Samuel W. McIntosh* for petitioner. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. D. B. Hempstead* and *H. Brian Holland* for respondent.

No. 269. KEYSTONE DRILLER CO. *v.* BYERS MACHINE CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Clarence P. Byrnes* and *F. O. Richey* for petitioner. *Mr. Robert W. Wilson* for respondents.

No. 136. LAYNE *v.* TRIBUNE CO. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. James A. O'Shea, John H. Burnett,* and *Alfred Goldstein* for petitioner. *Messrs. Howard Ellis* and *Louis G. Caldwell* for respondent.

Nos. 137, 138, and 139. COLORADO TAX COMMISSION *v.* COLORADO CENTRAL POWER CO. October 8, 1934. Petition for writs of certiorari to the Supreme Court of Colorado denied. *Messrs. Archibald A. Lee, Clarence W. Miles,* and *Seymour O'Brien* for petitioner. *Messrs. Paul P. Prosser, Charles Roach,* and *Wm. L. Boatright* for respondent.

No. 140. ALLEN *v.* JOHNSON ET AL. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Alvin L. Newmyer* and *George C. Gertman* for petitioner. *Messrs. Walter C. Clephane, J. Wilmer Latimer,* and *Gil-*

*bert L. Hall* for respondents.

No. 141.  HOLLOW ET AL. *v.* SHELL PETROLEUM CORP.
ET AL.  October 8, 1934.  Petition for writ of certiorari to
the Circuit Court of Appeals for the Tenth Circuit denied.
*Mr. Karl Knox Gartner* for petitioners.  *Messrs. Guy A.
Thompson, Samuel A. Mitchell, Frank A. Thompson,* and
*Truman Post Young* for respondents.

No. 143.  WOODHOUSE *v.* MONCURE, DAVIS & BUD-
WESKEY ET AL.  October 8, 1934.  Petition for writ of
certiorari to the Circuit Court of Appeals for the Fourth
Circuit denied.  *Mr. Raymond M. Hudson* for petitioner.
No appearance for respondents.

No. 144.  I. F. LAUCKS, INC. *v.* CHAS. H. LILLY Co.
ET AL.  October 8, 1934.  Petition for writ of certiorari
to the Circuit Court of Appeals for the Ninth Circuit
denied.  *Mr. G. Wright Arnold* for petitioner.  *Mr. Al-
fred Battle* for respondents.

No. 145.  I. F. LAUCKS, INC. *v.* CHAS. H. LILLY Co.
ET AL.  October 8, 1934.  Petition for writ of certiorari
to the Circuit Court of Appeals for the Ninth Circuit
denied.  *Mr. G. Wright Arnold* for petitioner.  *Mr. Al-
fred Battle* for respondents.

No. 147.  UNITED STATES EX REL. KARPAY *v.* UHL,
ACTING COMMISSIONER OF IMMIGRATION.  October 8,
1934.  Petition for writ of certiorari to the Circuit Court